## UNITED STATES v. MERCADANTE.

(Circuit Court of Appeals, Second Circuit. December 13, 1894.)

No. 628.

CUSTOMS DUTIES—REIMPORTATION OF AMERICAN MANUFACTURES—"SHOOKS."

This was an appeal by one Mercadante from a decision of the board of general appraisers imposing a duty upon certain barrels which had been manufactured in this country and exported in the form of "shooks." The circuit court, per Wheeler, Circuit Judge, reversed the decision of the appraisers, delivering the following opinion:

"Shooks, when returned as barrels," are free of duty; but proof of identity is to be "made under general regulations to be prescribed by the secretary of the treasury." These are shooks so returned; but that proof of identity has not been made, for no such regulations appear to have been so prescribed. Such proof appears to have been provided for as a further safeguard of identity, but not as exclusive. The fact of identity has been made to appear, and is not disputed. Nothing more could be made to appear by any proof, however prescribed. The failure to prescribe leaves the fact without further requirement to have its effect. Judgment reversed.

From this decision of the circuit court, the United States appeal.

Henry C. Platt, Asst. U. S. Atty.

Stanley, Clarke & Smith, for respondent.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

Reversed in open court, without opinion.